UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTORIA CROOK, Administrator** ) <br> **of the Estate of Yvette McMillan, deceased,** ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> vs. ) <br> ) <br> **ROBERT J. SIMPSON, M.D.,** ) <br> ) <br> **Defendant(s).** ) | No.  04-CV-606-DRH |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   29th   day of   July  , 2005.

/s/    David RHerndon
**UNITED STATES DISTRICT JUDGE**